IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAQUEL STITH,

    Plaintiff,

v.                                           Civil Action No. 3:24cv578

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on August 23, 2024, the Court directed the Clerk to mail Plaintiff a 42 U.S.C. § 1983 complaint and instructed Plaintiff to complete and return the form within thirty (30) days if he wished to bring a complaint at this time. (ECF No. 2, at 1.) On September 4, 2024, the United States Postal Service returned the August 23, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO LONGER AT MEHERRIN RIVER REGIONAL JAIL." (*See* ECF No. 3.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 9/18/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge